PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Melissa Ann BALES |
| **Docket Number:** | 1:03CR05058-01 REC |
| **Offender Address:** | Wasco, California |
| **Judicial Officer:** | Honorable Robert E. Coyle<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 02-12-01 |
| **Original Offense:** | 21 USC 952 and 960, Importation of Marijuana<br>(CLASS D FELONY) |
| **Original Sentence:** | 15 mos. BOP; 36 mos. supervised release; mandatory testing |
| **Special Conditions:** | Warrantless search; not enter Mexico; mental health treatment; drug aftercare and testing; report vehicle information to probation officer |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 02-01-05 |
| **Assistant U.S. Attorney:** | Unassigned          **Telephone:** (559) 498-7272 |
| **Defense Attorney:** | David Torres          **Telephone:** (661) 326-0857 |

**Other Court Action:**

**10-21-01:**    Supervised release commenced

**02-07-03:**    Jurisdiction transferred from the Southern District of California to the Eastern District of California

**10-08-04:**    Court advised of the defendant's admission of methamphetamine use on or about September 23, 2004. The plan was for no formal action, but to continue testing

Rev. 04/2005
PROB12A1.MRG

**RE:    Melissa Ann BALES**
**       Docket Number:   1:03CR05058-01 REC**
<u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

|  |  |
|---|---|
|  | until the termination of supervision.  The Court approved the plan. |
| <u>**10-15-04**</u>: | Violation Petition submitted alleging one charge of Use of Illicit Drugs.  The defendant admitted the Petition and on November 22, 2004, the Court imposed BOP and 12 months TSR with the following special conditions: warrantless search; drug counseling; drug testing; abstain from alcoholic beverages and not frequent those places where alcohol is the chief item of sale; participate in mental health treatment. |
| <u>**02-01-05**</u>: | TSR re-commenced. |

---

**NON-COMPLIANCE SUMMARY**

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.     OTHER - FAILURE TO ABSTAIN FROM ALCOHOL,  November 7, and 30, 2005**

**Details of alleged non-compliance:**  On November 7, and 30, 2005, the probation officer contacted the defendant at her residence and determined the defendant was drinking beer, in violation of her special condition of supervision to abstain from alcoholic beverages.  On both occasions, the defendant admitted she was drinking the beer, but denied drinking to intoxication.

On November 7, 2005, the probation officer admonished the defendant for her violation conduct and instructed her to abstain from consumption of alcoholic beverages and to dispose of the alcoholic beverages currently in her possession.  The defendant agreed.

RE:   Melissa Ann BALES
      Docket Number:   1:03CR05058-01 REC
      **REPORT OF OFFENDER NON-COMPLIANCE**

On November 30, 2005, the probation officer instructed the defendant to dispose of the beer and advised her that further disregard of her abstention order would result in a request for a formal violation hearing.

**United States Probation Officer Plan/Justification:** The probation officer has discussed the defendant's violation conduct with her drug counselor. The defendant's drug counselor agreed to discuss the matter with the defendant. Additionally, in order to address punitive and rehabilitative needs, the probation officer has instructed the defendant to attend Alcoholics Anonymous meetings and to provide such proof prior to the scheduled expiration date of supervision.

Considering the defendant has been verbally admonished for her violation conduct and understands further alcohol consumption will result in a recommendation for a formal hearing, coupled with the fact she is required to attend Alcoholics Anonymous meetings, the probation officer respectfully recommends no negative action be taken at the present time. The probation officer will monitor the defendant's sobriety until January 31, 2006, the date scheduled for her termination from supervision and will notify the Court should the defendant again find herself at variance from her terms and conditions of supervision.

Respectfully submitted,

/s/ R. Walters

**R. WALTERS**
**United States Probation Officer**
Telephone:  (661) 861-4305

**DATED:**   January 3, 2006
             Bakersfield, California
             RCW:dk

             /s/ Rick C. Louviere
**REVIEWED BY:**  _____
             **RICK C. LOUVIERE**
             **Supervising United States Probation Officer**

**RE:   Melissa Ann BALES**
       **Docket Number:   1:03CR05058-01 REC**
       **REPORT OF OFFENDER NON-COMPLIANCE**

---

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

| **January 5, 2006** | **/s/ OLIVER W. WANGER** |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:   United States Probation
      Assistant United States Attorney
      David Torres, Assistant Federal Defender